FILED

2019 DEC 13  AM 11:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VACHE TONY BARSAMIAN,<br><br>　　　　Defendant. | CR No. 19CR00758-SW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1344(2): Bank Fraud] |

The Grand Jury charges:

COUNTS ONE THROUGH FIVE

[18 U.S.C. §§ 1344(2), 2(b)]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Wells Fargo Bank, National Association was a financial institution insured by the Federal Deposit Insurance Corporation.

2. Defendant VACHE TONY BARSAMIAN was the sole owner of Wells Fargo checking account ending in 4134.

B.  SCHEME TO DEFRAUD

3. Beginning on an unknown date and continuing through at least on or about March 30, 2017, in Los Angeles County, within the

Central District of California, and elsewhere, defendant BARSAMIAN, together with others known and unknown to the Grand Jury, knowingly and with the intent to defraud, executed a scheme to obtain moneys, funds, credits, assets, and other property owned by and in the custody and control of Wells Fargo by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

4. The fraudulent scheme was operated and was carried out, in substance, in the following manner:

 a. Defendant BARSAMIAN would obtain stolen checks that belonged to various victim payees, and had been altered to change the name written on the payee line to the name of defendant BARSAMIAN.

 b. Defendant BARSAMIAN would deposit and cause co-schemers to deposit the stolen and altered checks into his Wells Fargo checking account ending in 4134 without the true payees' permission or knowledge. In doing so, defendant BARSAMIAN falsely represented to Wells Fargo that he was an authorized payee of those checks, and concealed from Wells Fargo that he and co-schemers were not authorized to deposit those checks.

5. In total, the fraudulent scheme carried out by defendant BARSAMIAN and his co-schemers resulted in an intended loss of approximately $21,417.73 to Wells Fargo.

C.   EXECUTION OF THE FRAUDULENT SCHEME

6. On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant BARSAMIAN committed the following acts, and willfully caused others to commit the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | 1/11/17 | Deposit of a stolen United States Treasury check in the amount of $4,331.07 that had been fraudulently altered to be payable to "Vache Tony Barsamian" into Wells Fargo checking account ending in 4134 at a Wells Fargo branch in North Hollywood, California. |
| TWO | 3/13/17 | Deposit of a stolen United States Treasury check in the amount of $5,304.26 that had been fraudulently altered to be payable to "Vache Barsamian & Marie Barsamian" into Wells Fargo checking account ending in 4134 at a Wells Fargo ATM in North Hollywood, California. |
| THREE | 3/24/17 | Deposit of a stolen California tax refund check in the amount of $2,018.40 that had been fraudulently altered to be payable to "Vache Tony Barsamian" into Wells Fargo checking account ending in 4134 at a Wells Fargo ATM in North Hollywood, California. |
| FOUR | 3/30/17 | Deposit of a stolen United States Treasury check in the amount of $9,135 that had been fraudulently altered to be payable to "Vache Barsamian" into Wells Fargo checking account ending in 4134 at a Wells Fargo ATM in North Hollywood, California. |

//
//
//
//
//
//
//
//
//
//

| COUNT | DATE | ACT |
|-------|------|-----|
| FIVE | 3/30/17 | Deposit of a stolen California tax refund check in the amount of $629 that had been fraudulently altered to be payable to "Vache Barsamian" into Wells Fargo checking account ending in 4134 at a Wells Fargo ATM in North Hollywood, California. |

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

CAROLYN S. SMALL
Assistant United States Attorney
Major Frauds Section